# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1219
LT Case No. 42-2022-DP-52

_____

J.D., Mother of S.J.W. and
A.A.W., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Marion County.
Bradley E. King, Judge.

Carl New, Ocala, for Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division, of
Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad
Litem o/b/o S.J.W. and A.A.W.


August 14, 2026


PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____